IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|      Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 04-20257-Ml |
| | ) | |
| RICHARD KOEN | ) | |
|      Defendant. | ) | |
| | ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on June 15, 2005, the United States Attorney for this district, Greg Gilluly, appearing for the Government and the defendant, Richard Koen, appearing in person and with counsel, Scott Hall, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, SEPTEMBER 9, 2005,** at **9:00 a.m., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the _23_ day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CR-20257 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT